UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA YANETH CORNEJO ORAHETA, *individually and in a representative capacity on behalf of those similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | Case No. 2:24-CV-06397<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Patricia Yaneth Cornejo Oraheta, by and through her undersigned counsel, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice her Complaint in the action styled *Cornejo Oraheta v. Apple Inc.*, No. 2:24-CV-06397 (D.N.J.). No defendant in this action has answered the complaint or filed for summary judgment, and a class has not been certified.

Dated: January 16, 2025

**So ORDERED on 1/17/2025:**

*[signature]*
JULIEN XAVIER NEALS
United States District Judge

**LOWEY DANNENBERG, P.C.**

By: *s/Peter A. Barile III*
Peter D. St. Phillip, Jr.
Vincent Briganti
Raymond P. Girnys
Peter A. Barile III
Peter Demato
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
pstphillip@lowey.com
vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com
pdemato@lowey.com

Robert J. Bonsignore
Melanie Porter
**BONSIGNORE TRIAL LAWYERS, PLLC**
23 Forest St.
Medford, Massachusetts 02155
Tel: (781) 350-0000
Fax: (702) 983-8673
Email: rbonsignore@classactions.us
Email: melanie@classactions.us

*Counsel for Plaintiff and the Proposed Class*

2